ACCEPTED
03-14-00267-CV
4757979
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 11:32:40 AM
JEFFREY D. KYLE
CLERK

# MᶜGINNIS LOCHRIDGE

Nicholas P. Laurent
nlaurent@mcginnislaw.com
(512) 495-6081 o
(512) 505-6381 f

April 3, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/3/2015 11:32:40 AM
JEFFREY D. KYLE
Clerk

*Via E-Filing*

Clerk, Court of Appeals
Third District of Texas
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, TX 78701

Re:   No. 03-14-00267-CV; *Daisy Wanda Garcia v. Thomas Lee Baumgarten*, in the Court of
      Appeals for the Third Judicial District of Texas at Austin

Dear Sir:

We are in receipt of the Court's notice dated April 2, 2015 setting the above-captioned matter for oral argument on June 3, 2015 at 9:00a.m.   The undersigned counsel of record for Appellee will argue this case before the Court.

Should the Court require anything further, please let us know.

Sincerely,

Nicholas P. Laurent
State Bar No. 24065591

ATTORNEY FOR APPELLEE

NPL/dlm

cc:   Mr. John Foster *via E-Mail at john@johnlfoster.com*
      Mr. Raymond White (firm)

600 Congress Ave., Ste. 2100, Austin, TX 78701 | 512 495-6000 | mcginnislaw.com